IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EUREKA DATABASE SOLUTIONS, LLC, | |
|---|---|
| Plaintiff, | 8:18-CV-587 |
| vs. | ORDER |
| AGILE SPORTS TECHNOLOGIES, INC., | |
| Defendant. | |

The Court has been advised that the parties have resolved their claims. Accordingly, IT IS ORDERED:

1. On or before June 3, 2019, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of their claims.

2. Absent compliance with this order, this case may be dismissed without further notice.

3. The defendant's motion to dismiss (filing 21) is denied as moot.

Dated this 3rd day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge