IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUREKA DATABASE SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AGILE SPORTS TECHNOLOGIES, INC., <br><br> Defendant. | 8:18-CV-587 <br><br> JUDGMENT |

On the parties' Stipulated Motion to Dismiss with Prejudice (filing 26), this case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated this 3rd day of June, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge